1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEO ARCHER,

11          Plaintiff,                      No. CIV S-06-0493 FCD DAD P

12      vs.

13   SOLANO COUNTY, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff, a state mental patient proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On November 22, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  The findings and

22   recommendations were re-served on plaintiff on December 13, 2006.  Plaintiff has filed

23   objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

26   entire

1

1  file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed November 22, 2006, are adopted in

5  full; and

6          2.  This action is dismissed without prejudice for failure to state a claim that is

7  cognizable at the present time.

8  DATED: January 4, 2007.

9

10         FRANK C. DAMRELL, JR.

11         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26